# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-08470 JAK (JCGx) | Date | May 27, 2011 |
| Title | Champion Transportation Services, Inc., v. P & K Textile, Inc. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On May 26, 2011, plaintiffs filed "Notice of Settlement" [39]. The Court sets an Order to Show Cause re Dismissal for **July 11, 2011 at 1:30 p.m.** If the parties file a dismissal by July 8, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

The Final Pretrial Conference set for November 14, 2011, and the Jury Trial set for December 6, 2011 are vacated.

  :  

Initials of Preparer   ak